**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1606

In re:  HAFAN ANTONIO RILEY,

              Petitioner.

On Petition for Writ of Mandamus.  (3:12-cr-00251-JFA-1)

Submitted:  August 23, 2022                          Decided:  August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Hafan Antonio Riley, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hafan Antonio Riley petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motions for compassionate release. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] To the extent that Riley asks this court to grant him compassionate release, we deny this request because Riley has "other adequate means to attain the relief [he] desires." *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (internal quotation marks omitted).